**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6549

In Re: JOHNATHAN LEE X SMITH,

Plaintiff - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (MISC-96-6-3)

Submitted:  September 20, 1996          Decided:  October 9, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnathan Lee X Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order imposing an injunction on Appellant's litigation so as to prohibit him from maintaining multiple actions in the district court. Under the terms of the injunction, absent an emergency situation, the district court will only process one of Appellant's actions at one time and will process them in the order received by the court. We have reviewed the record and the district court's order and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. In re: Smith, No. MISC-96-6-3 (E.D. Va. Mar. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2